IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01050-MEH-KLM

VASTANI COMPANY S.A.,

    Plaintiff,

v.

MEXORO MINERALS, LTD.,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter comes before the Court on the Confession of Judgment filed by Defendant Mexoro Minerals, Ltd. Having reviewed the confession, the Court finds and concludes:

    1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and venue in this Court is proper under 28 U.S.C. § 1391(a).

    2.    Mexoro Minerals confesses judgment in favor of the Plaintiff in the amount of $120,000.00 due January 30, 2010.

    3.    The Clerk of the Court is directed to enter judgment in favor of Vastani Company, S.A. and against Mexoro Minerals Ltd. in the amount of $120,000.00 plus pre- and post-judgment interest at the applicable statutory rate.

    IT IS SO ORDERED.

Dated in Denver, Colorado, this 13th day of September, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge