IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01050-MEH-KLM

VASTANI COMPANY S.A.,

    Plaintiff,

v.

MEXORO MINERALS, LTD.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2011.**

    Plaintiff's Motion to Vacate F.R.C.P. Rule 69 Hearing [filed January 4, 2011; docket #31] is **granted**. The Rule 69 Judgment Debtor Examination set for Tuesday, January 4, 2011, at 10:00 a.m. is hereby **vacated**.