IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01050-MEH-KLM

VASTANI COMPANY S.A.,

    Plaintiff,

v.

MEXORO MINERALS, LTD.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2011.**

    Plaintiff's Unopposed Motion to Reopen Case and for Amendment of Judgment [filed April 5, 2011; docket #35] is **denied without prejudice**. Although Plaintiff asserts that Defendant has changed its name to Pan American Goldfields, Ltd., Plaintiff provides no affidavit nor other documentary support of such assertion. The Plaintiff may re-file its motion with supporting documentation demonstrating whether and when the Defendant changed its name.