IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01050-MEH-KLM

VASTANI COMPANY S.A.,

    Plaintiff,

v.

MEXORO MINERALS, LTD.,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

This matter comes before the Court on the Plaintiff's Amended Unopposed Motion to Reopen Case and for Amendment of Judgment [filed April 9, 2011; docket #37]. Having reviewed the motion, the Court finds and concludes:

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and venue in this Court is proper under 28 U.S.C. § 1391(a).

2.    On September 9, 2010, Defendant Mexoro Minerals Ltd. confessed judgment in favor of the Plaintiff in the amount of $120,000.00. However, Mexoro Minerals Ltd. changed its name to Pan American Goldfields, Ltd. in or about May 2010 [*see* docket #37-1], and all parties agree that Pan American Goldfields, Ltd. is the proper legal entity responsible for the debt.

3.    Therefore, pursuant to Fed. R. Civ. P. 60(a), the Clerk of the Court is directed to amend the Judgment in this case by entering judgment in favor of Vastani Company, S.A. and against Pan American Goldfields, Ltd. in the amount of $120,000.00 plus pre- and post-judgment interest at the applicable statutory rate.

IT IS SO ORDERED.

Dated in Denver, Colorado, this 19th day of April, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge