IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01050-MEH-KLM

VASTANI COMPANY S.A.,

    Plaintiff,

v.

MEXORO MINERALS, LTD.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2011.**

    The Motion to Withdraw filed by Leo F. Milan [filed May 6, 2011; docket #43] is **granted**. Mr. Milan's representation of the Plaintiff is hereby terminated. Plaintiff will continue to be represented in this matter by John Henry Schlie and Paul David Godec.